**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-1952

———————————

DOUGLAS L. FLYNN,

Plaintiff - Appellant,

versus

NATIONAL ELECTRONICS WARRANTY CORPORATION,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-1363-A)

———————————

Submitted: November 18, 1999      Decided: November 23, 1999

———————————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Douglas L. Flynn, Appellant Pro Se. Brian S. Harvey, Barbra Marcus Kolton, BAKER & HOSTETLER, L.L.P., Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas L. Flynn appeals the district court's order granting summary judgment in favor of the Defendant in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny his motion for appointment of counsel and affirm on the reasoning of the district court. See Flynn v. National Electronics Warranty Corp., No. CA-98-1363-A (E.D. Va. June 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED